

Opinions of the United
States Court of Appeals
for the Third Circuit

5-18-2005

# In Re: Gen Datacomm

Precedential or Non-Precedential: Precedential

Docket No. 04-1710

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re: Gen Datacomm " (2005). *2005 Decisions.* Paper 1087.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1087

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

GENERAL DATACOMM
INDUSTRIES, INC.,

Appellant,

v.

JAMES R. ARCARA et al.,

Appellees.

No. 04-1710

ORDER AMENDING THE OPINION

May___, 2005.

It is hereby ORDERED that the concurring opinion in the above-captioned case shall be

amended such that the last sentence of the concurring opinion shall read: "Accordingly, I concur in

judgment of the court, subject to the small reservation noted in footnote 14, *supra*."

Louis H. Pollak, J

Dated: May 18, 2005